HANNAH J. CULVER, Respondent, *v.* THE CITY OF YONKERS, Appellant.

*Culver* v. *City of Yonkers*, 80 App. Div. 309, affirmed.

(Argued December 14, 1904; decided December 30, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered

March 13, 1903, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Francis A. Winslow* for appellant.

*James M. Hunt* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.